**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Develle R. Spencer
                        Plaintiff,

v.                                                 Case No.: 1:08−cv−00263
                                                     Honorable Ruben Castillo

Edwin A Burnette, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Pursuant to this Court's order of 2/13/2008, this lawsuit is dismissed without prejudice until Plaintiff files an appropriate in forma pauperis application or pays the full $350 filing fee. If plaintiff fails to take any action by 4/30/2008, this lawsuit will be dismissed with prejudice. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.