MHN

FILED

MAR 3 1 2008

3-31-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kinielle Johnson
Deputy Clerk
219 S Dearborn St. Rm 2010
Chicago, Il. 60604

Develle Spencer
B-45254
Route 53
P.O. Box 112
Joliet, Il. 60434
March 26, 2008.

08C263

Dear Deputy clerk,

I, Develle Spencer, had received a notification of change of Address form. Now include returned & completed, Thank You.

However!, Along with this form I received a Docket entry of 08 C 263 Title Develle Spencer AKA Eric Hodges/Phillip Owens. 2006-0097579 V. Burnette, Assigned Judge. Ruben Castillo. This is a matter in which had already been disposed of by A Blanche M. Manning under the case # 08 C 537. A notification to the clerks office Feb. 27. 2008. (The Docket entry for case # 08 C 263. Feb. 13, 2008. was received by Mr. Spencer, offender, March 26, 2008. 6 wks. after. Offender is and only has been forwarded to a different facility on March 17, 2008.

A letter to the Clerks office 1-24-08 mailed from Cook county jail. by offendant. Spencer of a double filing error. and that offendant wished to procede in forma pauperis file, Case # 08C 537. Blanche M. Manning. Offendant liability lyes with Case # 08C 537. and not with filings of any other that's been Notified by offendant to clerks office as an error filing. On or about January 29, 2008 Please forward this and previous Notification to Courts: Case # 08C. 263

Judge Ruben Castillo for matter of Develle Spencer AKA Eric Hodges / Phillip Owens v. Burnette. Case # 08C263 as ERRORED filing.