# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0263 | **DATE** | May 7, 2008 |
| **CASE TITLE** | Develle Spencer (B-45254) v. Burnette | | |

**DOCKET ENTRY TEXT:**

Plaintiff's letter to the Court [6] indicates that the instant complaint duplicates the complaint filed and dismissed in *Spencer v. Burnette*, No. 08-537. Additionally, Plaintiff has not submitted an *in forma pauperis* application or paid the filing fee for the current suit. Accordingly, the instant complaint is dismissed in its entirety. All pending motions are denied.

Docketing to mail notices.

isk